**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. 06-104 FCD |
| JOSE GUADALUPE GARCIA-GRIMALDO | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee: **JOSE GUADALUPE GARCIA-GRIMALDO**

Detained at (custodian): **DVI TRACY**

Detainee is: a.) (X) charged in this district by:
    ( X) Indictment      ( ) Information      ( ) Complaint
    Charging Detainee With: Deported Alien Found in the United States

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or    b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH (916) 554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
( **X** ) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Dated: March 22, 2006.

UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | JOSE GARCIA-GRIMALDO | Male X | Female |
| Booking or CDC #: | P42899 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI #: | 178239NA7 |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)